UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY L. FRAZIER,

        Plaintiff,         Civil Action No. 12-cv-15293
                              HON. BERNARD A. FRIEDMAN
vs.                          MAG. JUDGE MICHAEL HLUCHANIUK

SSC SUPERIOR TOWNSHIP
OPERATING LLC,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated June 20, 2013 [docket entry 18], in which he recommends that the Court *sua sponte* dismiss the complaint pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons.

Accordingly,

IT IS ORDERED that Magistrate Judge Michael Hluchaniuk's Report and Recommendation dated June 20, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that defendant's motion to dismiss the complaint and compel arbitration is denied as moot [docket entry 9].


Dated:  July 10, 2013                               s/ Bernard A. Friedman_____
         Detroit, Michigan                          BERNARD A. FRIEDMAN
                                                    SENIOR UNITED STATES DISTRICT JUDGE