UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY L. FRAZIER,

       Plaintiff,                      Civil Action No. 12-cv-15293
                                            HON. BERNARD A. FRIEDMAN
vs.                                      MAG. JUDGE MICHAEL HLUCHANIUK

SSC SUPERIOR TOWNSHIP
OPERATING LLC,

       Defendant.
_____/

**<u>ORDER OF DISMISSAL</u>**

The Court having dismissed this action pursuant to Fed. R. Civ. P. 41(b), it is hereby,

ORDERED that the above-entitled action is dismissed with prejudice and without costs.


Dated:  July 10, 2013                S/ Bernard A. Friedman_____
        Detroit, Michigan           BERNARD A. FRIEDMAN
                                          SENIOR UNITED STATES DISTRICT JUDGE