UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY L. FRAZIER,

    Plaintiff,                          Civil Action No. 12-cv-15293
                                            HON. BERNARD A. FRIEDMAN
vs.                                            MAG. JUDGE MICHAEL HLUCHANIUK

SSC SUPERIOR TOWNSHIP
OPERATING LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

The Court having dismissed this action pursuant to Fed. R. Civ. P. 41(b), it is hereby,

ORDERED that the above-entitled action is dismissed with prejudice and without costs.

Dated: July 10, 2013                 S/ Bernard A. Friedman_____
      Detroit, Michigan              BERNARD A. FRIEDMAN
                                            SENIOR UNITED STATES DISTRICT JUDGE